# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING [11 U.S.C. § 349]

| | |
|---|---|
| **DEBTOR INFORMATION:**<br>Irma Zuniga | **BANKRUPTCY NO.** 2:09–bk–30882–VZ<br><br>**CHAPTER** 13 |

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–9152
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 10/22/09

**Address:**
620 E Mission Rd
San Gabriel, CA 91776

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed;
(2)  the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362; and
(3)  pursuant to Bankruptcy Code Section 349, debtor is prohibited from filing any new bankruptcy petition unless:
   (a)  debtor files a motion to request permission to file a new bankruptcy case ("Motion"), and the Motion is supported by admissible evidence; and
   (b)  the court grants the Motion.

Dated: October 22, 2009

BY THE COURT,
**Jon D. Ceretto**
Clerk of Court

(Form od13c VAN–152) Rev. 03/09

**13 / CJS**